IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00290-MSK-CBS

JOHNSTOWN FEED & SEED, INC.,
WAYNE SPRENG, and
RHONDA SPRENG,

      Plaintiffs,

v.

CONTINENTAL WESTERN INSURANCE COMPANY,

      Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED the Unopposed Motion for Entry of Protective Order (*doc. no. 29)* is **GRANTED**. The stipulated Protective Order submitted August 29, 2007 (*doc. no. 30)* shall be signed and entered on this date.

      In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

      IT IS FURTHER ORDERED that when filing documents with the court, Plaintiffs' counsel is required to comply with all applicable:

- Federal Rules of Civil Procedure (FED.R.CIV.P. );
- Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR. ); *and*
- District of Colorado ECF Procedures (D.C. COLO. ECF. PROC.).

**Counsel is particularly instructed to note D.C.COLOL.CIVR. 10.1 E (Spacing)**. Future failure to comply with the aforementioned rules may result in denial or striking of the document(s).

**DATED:** August 30, 2007