IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Civil Action No. 07-cv-00290-TDL-CBS

JOHNSTOWN FEED & SEED, INC. and
RHONDA SPRENG,

        Plaintiffs,

v.

CONTINENTAL WESTERN INSURANCE COMPANY,

        Defendant.

## ORDER

Within **ten (10) days** of the date the this order, the parties are directed to:

        (1) file a notice of all pending motions before the court; and

        (2) submit electronic copies of the proposed jury instructions to the court at the following address: leonard-orders@okwd.uscourts.gov.

With respect to future filings, the parties shall submit all proposed orders and any supplemental jury instructions to the above e-mail address and shall provide the court with a courtesy copy of all filings that exceed 40-pages in length (counting all attachments to briefs) within three (3) days of the date of filing. If the document is

too large to staple, it should be bound at the left-hand margin in a manner that will permit it to be opened flat.

It is so ordered this 2nd day of September, 2009.

*Tim Leonard*
TIM LEONARD
United States District Judge