IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Civil Action No. 07-cv-00290-TDL-CBS

JOHNSTOWN FEED & SEED, INC.,

    Plaintiff,

v.

CONTINENTAL WESTERN INSURANCE COMPANY,

    Defendant.

## ORDER

The Joint Motion for Leave to File Additional Briefing on Plaintiff's Motion to Amend Judgment (Doc. No. 197) is granted. Defendant is granted leave to file a Surreply to Plaintiff's Motion within 3 days of the date of this order. Plaintiff is allowed to file a response to the Surreply within 3 days of the Defendant's Surreply.

IT IS SO ORDERED this 18th day of March, 2010.

_Tim Leonard_
TIM LEONARD
United States District Judge