IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Civil Action No. 07-cv-00290-TDL-CBS

JOHNSTOWN FEED & SEED, INC., et al.,

    Plaintiff,

v.

CONTINENTAL WESTERN INSURANCE COMPANY,

    Defendant.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

**THIS MATTER** is before the court on the Stipulation for Dismissal With Prejudice (Doc. No. 213) filed June 30, 2010. Based on that Stipulation, the court orders this case dismissed **with prejudice** with all parties to pay their own costs and attorney's fees.

    It is so ordered this 22nd day of July, 2010.

*Tim Leonard*
TIM LEONARD
United States District Judge